**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
JASMINE JAFFERALI
　　v.
CREDIT BUREAU U.S.A., INC.
d/b/a C.B. U.S.A., INC.,

Case Number:
FILED: SEPTEMBER 3, 2008
08CV5003
JUDGE COAR
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JASMINE JAFFERALI        PH

| | |
|---|---|
| NAME (Type or print) <br> Curtis C. Warner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Curtis C. Warner | |
| FIRM <br> Warner Law Firm, LLC | |
| STREET ADDRESS <br> 155 N. Michigan Ave. Ste. 737 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282197 | TELEPHONE NUMBER <br> (312) 238-9820 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |