# United States District Court for the Northern District of Illinois

Case Number: 08CV5003          Assigned/Issued By: DAJ

Judge Name: COAR              Designated Magistrate Judge: VALDEZ

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 3072967

Date Payment Rec'd: 09/03/08         Fiscal Clerk: DAJ

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _09/03/08_ as to _DEF._____
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05